UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GUIDRY & BEGNAUD DEVELOPMENTS, LLC | CIVIL ACTION NO. 07-2192 |
| VS. | JUDGE MELANÇON |
| HOULIHAN SMITH & CO. INC.<br>ALLIANCE COMMERCIAL CAPITAL | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION TO DISMISS

This matter was referred to United States Magistrate Judge Mildred E. Methvin for a Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties,[1] this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that defendant's Motion to Dismiss [Rec. Doc. 9] is **DENIED.**

**THUS DONE AND SIGNED** this 30th day of May, 2008 at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] The objections filed by the defendants [Rec. Docs. 25 & 27] take issue only with Magistrate Judge Methvin's "findings of fact" contained in the "Background" section of the Report and Recommendation [Rec. Doc. 22]. Specifically, defendants appear to be concerned that these findings will be binding on future motions. However, the magistrate judge specifically limited the findings ". . . for the purposes of the instant motion." *Report & Recommendation* [Rec. Doc. 22], pg. 1. Defendants did not object to the legal analysis conducted by Judge Methvin or her ultimate conclusion that the Motion to Dismiss [Rec. Doc. 9] should be denied.